No. 945. **Tarrant** *v.* **Gilletson.** · November Term, 1880. Hearing of appeal suspended until the next term, to enable defendant, appellant, to make application to the Circuit Court, (notwithstanding the pendency of the appeal,) for a re-hearing of the case, upon the ground of after-discovered evidence. OPINION *per curiam,* November 29th, 1880.